JUDGE COTE

09 CIV 4050  OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., CWABS, INC., CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS1, CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS2, ANGELO R. MOZILO, DAVID SAMBOL, AND BANK OF AMERICA CORP.,<br><br>Defendants. | 09 CIV _____ (\_\_\_)<br><br>**RULE 7.1 STATEMENT** |



*RECEIVED 09 APR 23 PM 6:59 U.S. DISTRICT COURT S.D.N.Y.*

*RECEIVED APR 23 2009 USDC SDNY CASHIERS*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Footbridge Limited Trust and OHP Opportunity Limited Trust (both private non-Governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

Footbridge Limited Trust and OHP Opportunity Limited Trust have no publicly held corporate parents, affiliates and/or subsidiaries.

DATED: New York, New York
April 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: ___/s/ Daniel L. Brockett___
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com

Marshall M. Searcy III
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
marshallsearcy@quinnemanuel.com

*Attorneys for Plaintiffs Footbridge Limited Trust and OHP Opportunity Limited Trust*