UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOOTBRIDGE LIMITED TRUST AND OHP
OPPORTUNITY LIMITED TRUST,

                Plaintiffs,

          -against-

COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE HOME LOANS SERVICING
LP, COUNTRYWIDE FINANCIAL CORP.,
COUNTRYWIDE SECURITIES CORP.,
CWABS, INC., CWABS ASSET-BACKED
CERTIFICATES TRUST 2006-SPS1, CWABS
ASSET-BACKED CERTIFICATES TRUST
2006-SPS2, ANGELO R. MOZILO, DAVID
SAMBOL, BANK OF AMERICA CORP.,
BANK OF AMERICA HOME LOANS, AND
BAC HOME LOANS SERVICING, LP,

                Defendants.

No. 09 CIV 4050 (DLC)

**(ECF Matter)**

**RULE 7.1 STATEMENT**

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

        Pursuant to Fed. R. Civ. P. 7.1, defendant Bank of America Corporation, by and

through its undersigned counsel, hereby states that it has no parent company and no publicly-

held company owns more than 10% of Bank of America Corporation's shares.

Dated:  New York, New York
        June 5, 2009

                    Respectfully submitted,

                    O'MELVENY & MYERS LLP

              By:_____

                    Jonathan Rosenberg
                    7 Times Square
                    New York, New York  10036
                    Tel:  (212) 326-2000
                    Fax:  (212) 326-2061

jrosenberg@omm.com

*Attorneys for Bank of America Corporation*

NY1:1781614.2