UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FOOTBRIDGE LIMITED TRUST and OHP OPPORTUNITY  :
LIMITED TRUST,                                                          :
                                                                        :       09 CIV 4050 (PKC)
                        Plaintiffs,                  :
                                                                        :
                    v.                                       :       **RULE 7.1 STATEMENT**
                                                                        :
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE   :
HOME LOANS SERVICING LP, COUNTRYWIDE                 :
FINANCIAL CORP., COUNTRYWIDE SECURITIES              :
CORP., CWABS, INC., CWABS ASSET-BACKED               :
CERTIFICATES TRUST 2006-SPS1, CWABS ASSET-          :
BACKED CERTIFICATES TRUST 2006-SPS2, ANGELO R. :
MOZILO, DAVID SAMBOL, BANK OF AMERICA CORP., :
BANK OF AMERICA HOME LOANS, and BAC HOME       :
LOANS SERVICING, LP,                                                    :
                                                                        :
                        Defendants.                :
                                                                        :
------------------------------------------------------------------------X

  In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing L.P., Countrywide Financial Corp., Countrywide Securities Corp., and CWABS, Inc. states as follows:

  Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation, which, in turn, is a wholly-owned subsidiary of Bank of America Corporation. No publicly held corporation owns 10% or more of Bank of America Corporation.

  Countrywide Home Loans Servicing L.P. has two parent companies, Countrywide LP LLC and Countrywide GP LLC, which, in turn, are both wholly-owned subsidiaries of Bank of America, NA, which, in turn, is a wholly-owned subsidiary of Bank of America Corporation. No publicly held corporation owns 10% or more of Bank of America Corporation.

Countrywide Financial Corp. is a wholly-owned subsidiary of Bank of America Corporation.  No publicly held corporation owns 10% or more of Bank of America Corporation.

Countrywide Securities Corporation is a wholly-owned subsidiary of Countrywide Capital Markets, Inc., which, in turn, is a wholly-owned subsidiary of Countrywide Financial Corporation, which, in turn, is a wholly-owned subsidiary of Bank of America Corporation.  No publicly held corporation owns 10% or more of Bank of America Corporation.

CWABS, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation, which, in turn, is a wholly-owned subsidiary of Bank of America Corporation.  No publicly held corporation owns 10% or more of Bank of America Corporation.

Dated: New York, New York
July 8, 2009

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP

By: /s/ Mitchell A. Lowenthal_____
Mitchell A. Lowenthal (ML-2541)
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Facsimile)
mlowenthal@cgsh.com

Attorneys for Defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing L.P., Countrywide Financial Corp., Countrywide Securities Corp., and CWABS, Inc.