UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,

        Plaintiffs,

-against-

COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., CWABS, INC., CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS1, CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS2, ANGELO R. MOZILO, DAVID SAMBOL, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,

        Defendants.

09 CIV 4050 (PKC)
ECF CASE

**DECLARATION OF DAVID D. BURNETT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**

---

I, DAVID D. BURNETT, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am a member of the bar of the State of New York and an attorney at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Plaintiffs Footbridge Limited Trust and OHP Opportunity Limited Trust in the above-captioned action.

    2.    I submit this Affirmation in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint and to transmit true and correct copies of the following documents:

| Exhibit Letter | Description |
| --- | --- |
| A | Plaintiffs' Second Amended Complaint ("SAC") |
| B | *S.E.C. v. Mozilo,* CV 09-03994 (VBF) (C.D. Cal. June 4, 2009) (complaint) |
| C | *People of the State of California v. Countrywide Financial Corp.,* No. LC081846 (Cal. Super. Ct. July 17, 2008) (first amended complaint) |
| D | *People of the State of Illinois v. Countrywide Financial Corp.,* No. 08CH22994 (Ill. Cir. Ct. Chancery Div. June 25, 2008) (complaint) |
| E | *Lone Star Fund V (U.S.), L.P. v. Barclays Bank PLC,* No. 08-11038 (5th Cir. 2008) (docket) |
| F | Bank of America press release, "Bank of America Agrees to Purchase Countrywide Financial Corporation," Jan. 11, 2008 |
| G | *Argent Classic Convertible Arbitrage Fund L.P. v. Countrywide Fin. Corp.,* No. CV 07-07097 MRP (MANx) (C.D. Cal. Jan. 6, 2009) (Bank of America motion to dismiss) |
| H | Countrywide Financial Form 10-K for the fiscal year ended December 31, 2004 |
| I | Countrywide Financial Form 10-K for the fiscal year ended December 31, 2005 |
| J | Countrywide Financial Form 10-K for the fiscal year ended December 31, 2006 |

Dated:   New York, New York
         October 28, 2009

_____
David D. Burnett