# EXHIBIT E

## General Docket
### United States Court of Appeals for the 5th Circuit

---

**Court of Appeals Docket #:** 08-11038                                  **Docketed:** 10/30/2008
**Nature of Suit:** 3850 Securities, Commodities, Exchange
Lone Star Fund V, et al v. Barclays Bank PLC, et al
**Appeal From:** Northern District of Texas, Dallas

---

**Case Type Information:**
   **1)** Private Civil Federal
   **2)** Private
   **3)**

---

**Originating Court Information:**
   **District:** 0539-3 : [3:08-CV-261](#)
   **Ordering Judge:** Sam A. Lindsay, U.S. District Judge
   **Date Filed:** 02/13/2008
   **Date NOA Filed:**                          **Date Rec'd COA:**
   10/29/2008                                    10/30/2008

---

**Prior Cases:**
   None

**Current Cases:**
   None

---

**Panel Assignment:**
   **Panel:** EHJ    EMG    CES
   **Date of Hearing:** 08/31/2009    **Date of Decision:**

---

LONE STAR FUND V (US), LP
     Plaintiff - Appellant

David E. Keltner
Direct: 817-878-3560
Email: david.keltner@khh.com
Fax: 817-878-9760
[COR LD NTC Retained]
Kelly, Hart & Hallman, L.L.P.
Suite 2500
201 Main Street
Fort Worth, TX 76102-0000

Marianne Marsh Auld
Direct: 817-332-2500

Email: marianne.auld@khh.com
Fax: 817-878-9280
[COR NTC Retained]
Kelly, Hart & Hallman, L.L.P.
Suite 2500
201 Main Street
Fort Worth, TX 76102-0000

LSF5 BOND HOLDING LLC
       Plaintiff - Appellant

David E. Keltner
Direct: 817-878-3560
[COR LD NTC Retained]
(see above)

Marianne Marsh Auld
Direct: 817-332-2500
[COR NTC Retained]
(see above)

v.

BARCLAYS BANK PLC
       Defendant - Appellee

Mark Tad Josephs
Direct: 214-953-6009
Email: mjosephs@jw.com
Fax: 214-661-6651
[COR LD NTC Retained]
Jackson Walker, L.L.P.
Suite 6000
901 Main Street
Dallas, TX 75202-0000

Kathleya Chotiros
Direct: 212-225-2000
Email: kchotiros@cgsh.com
Fax: 212-225-3999
[COR NTC Retained]
Cleary, Gottlieb, Steen & Hamilton
1 Liberty Plaza
New York, NY 10006-0000

Evan A. Davis
Direct: 212-225-2000
Email: edavis@cgsh.com
[COR NTC Retained]
Cleary, Gottlieb, Steen & Hamilton
1 Liberty Plaza
New York, NY 10006-0000

William Ross Forbes, Jr.
Direct: 214-953-6000
Email: rforbes@jw.com
Fax: 214-953-5822
[COR NTC Retained]
Jackson Walker, L.L.P.
901 Main Street
Dallas, TX 75202-0000

Rachel Anne Goldbrenner
Direct: 212-225-2978
Email: rgoldbrenner@cgsh.com
Fax: 212-225-3999
[COR NTC Retained]
Cleary, Gottlieb, Steen & Hamilton
1 Liberty Plaza
New York, NY 10006-0000

Mitchell A. Lowenthal
Direct: 212-225-2000
Email: mlowenthal@cgsh.com
Fax: 212-225-3999
[COR NTC Retained]
Cleary, Gottlieb, Steen & Hamilton
1 Liberty Plaza
New York, NY 10006-0000

BARCLAYS CAPITAL INC
     Defendant - Appellee

Mark Tad Josephs
Direct: 214-953-6009
[COR LD NTC Retained]
(see above)

Kathleya Chotiros
Direct: 212-225-2000
[COR NTC Retained]
(see above)

Evan A. Davis
Direct: 212-225-2000
[COR NTC Retained]
(see above)

William Ross Forbes, Jr.
Direct: 214-953-6000
[COR NTC Retained]

(see above)

Rachel Anne Goldbrenner
Direct: 212-225-2978
[COR NTC Retained]
(see above)

Mitchell A. Lowenthal
Direct: 212-225-2000
[COR NTC Retained]
(see above)

LONE STAR FUND V (US), LP; LSF5 BOND HOLDING LLC,

      Plaintiffs - Appellants

v.

BARCLAYS BANK PLC; BARCLAYS CAPITAL INC,

      Defendants - Appellees

| Date | | | Entry |
|---|---|---|---|
| 10/30/2008 | ☐ 🗎<br>11 pg, 531.93 KB | | Private civil federal case docketed. NOA filed by Appellant Lone Star Fund V, Appellant LSF5 Bond Holdings. [08-11038] (SDH) |
| 11/06/2008 | ☐ | | Notice received from District Court, ROA certified. Electronic Pleadings: Y [08-11038] Certified ROA due ddl satisfied. (MKC) |
| 11/10/2008 | ☐ 🗎<br>3 pg, 15.77 KB | | Briefing notice issued. [08-11038] A/Pet's Brief due on 12/22/08 for LSF5 Bond Holding, for Lone Star Fund V. (MKC) |
| 11/14/2008 | ☐ | | Attorney motion filed by Karen Lee Hirschman for Appellant LSF5 Bond Holding, Appellant Lone Star Fund V, Marie Roach Yeates for Appellant LSF5 Bond Holding, Appellant Lone Star Fund V to withdraw as retained counsel [6158988-1] . Date of COS: 11/13/08 Sufficient [Y/N]: Y [08-11038] (POK) |
| 11/14/2008 | ☐ 🗎<br>4 pg, 123.38 KB | | CLERK Order filed granting attorney motion to withdraw Marie Roach Yeates and Karen Lee Hirschman as counsel [6158988-1] Copies to all counsel. [08-11038] (SDH) |
| 11/14/2008 | ☐ | | The attorney Karen Lee Hirschman for LSF5 Bond Holding, attorney Marie Roach Yeates for LSF5 Bond Holding, attorney Karen Lee Hirschman for Lone Star Fund V, attorney Marie Roach Yeates for Lone Star Fund V not participating in case. [08-11038] (SDH) |
| 11/17/2008 | ☐ | | Appearance form filed by Kathleya Chotiros for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC, Mitchell A Lowenthal for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC, Jason P Gottlieb for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC, William Ross Forbes for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC, Evan A Davis for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC, Mark Tad Josephs for Appellee Barclays Capital Inc, Appellee Barclays Bank PLC. [08-11038] (No. of forms filed: 6) (SDH) |
| 11/18/2008 | ☐ | | Appearance form filed by Marianne Marsh Auld for Appellant LSF5 Bond Holding, Appellant Lone Star Fund V, David E Keltner for Appellant LSF5 Bond Holding, Appellant Lone Star Fund V. [08-11038] (No. of forms filed: 2) (SDH) |
| 12/15/2008 | ☐ | | Phone extension confirmed for Appellant Lone Star Fund V, Appellant LSF5 Bond Holding for filing appellants' brief. Extension granted to and including 1/21/09. [08-11038] A/Pet's Brief ddl updated to 1/21/09 for LSF5 Bond Holding, for Lone Star Fund V. (MFY) |
| 01/22/2009 | ☐ | | The attorney Kelly Hart Hallman for LSF5 Bond Holding, attorney Kelly Hart Hallman for Lone Star Fund V not participating in case. [08-11038] (SDH) |
| 01/22/2009 | ☐ 🗎<br>62 pg, 248.38 KB | | Appellant's Brief filed by Appellant Lone Star Fund V, Appellant LSF5 Bond Holding. Disk Provided [Y/N]: y Sufficient [Y/N]: y [6203276-1] [08-11038] A/Pet's Brief ddl satisfied. E/Res's Brief due on 2/23/09 for Barclays Capital Inc, for Barclays Bank PLC. (SDH) |

| Date | | Description |
|---|---|---|
| 01/22/2009 | ☐ 🗒 39 pg, 1.42 MB | Record excerpts filed by Appellant Lone Star Fund V, Appellant LSF5 Bond Holding. Disk Provided [Y/N]: y Sufficient [Y/N]: y [08-11038] (SDH) |
| 01/26/2009 | ☐ | Phone extension confirmed for Appellee Barclays Bank PLC, Appellee Barclays Capital Inc for filing appellees' brief. Extension granted to and including 3/25/09. [08-11038] E/Res's Brief ddl updated to 3/25/09 for Barclays Capital Inc, for Barclays Bank PLC. (SDH) |
| 03/26/2009 | ☐ 🗒 77 pg, 300.68 KB | APPELLEE'S BRIEF FILED by Barclays Bank PLC and Barclays Capital Inc.. # of Copies Provided: 7 E/Res's Brief deadline satisfied. Reply Brief due on 04/09/2009 for Appellant LSF5 Bond Holding LLC and Appellant Lone Star Fund V (US), LP [08-11038] (SDH) |
| 03/26/2009 | ☐ 🗒 43 pg, 2.9 MB | RECORD EXCERPTS FILED by Appellees Barclays Bank PLC and Barclays Capital Inc. # of Copies Provided: 4 [08-11038] (SDH) |
| 03/30/2009 | ☐ | RECORD ON APPEAL FILED. Record Part: Electronic Pleadings, No. of Volumes: 7 [08-11038] (RSM) |
| 04/07/2009 | ☐ | PHONE EXTENSION CONFIRMED for Appellants LSF5 Bond Holding LLC and Lone Star Fund V (US), LP. Extension granted to and including 04/16/2009. Reply Brief deadline updated to 04/16/2009 for Appellant LSF5 Bond Holding LLC and Appellant Lone Star Fund V (US), LP [08-11038] (MFY) |
| 04/17/2009 | ☐ 🗒 37 pg, 201.59 KB | APPELLANT'S REPLY BRIEF FILED by LSF5 Bond Holding LLC and Lone Star Fund V (US), LP.. # of Copies Provided: 7 Reply Brief deadline satisfied [08-11038] (SDH) |
| 07/08/2009 | ☐ 🗒 1 pg, 49.65 KB | CASE TENTATIVELY calendared for oral argument for the week of 08/31/2009. [08-11038] (GAM) |
| 07/27/2009 | ☐ | CASE CALENDARED for oral argument on 08/31/2009 in New Orleans in the West Courtroom -- AM session. [08-11038] (PFT) |
| 07/29/2009 | ☐ | ATTORNEY NOT PARTICIPATING. Jason P Gottlieb is designated as inactive in this case. Reason:per notification from law firm of Cleary Gottlieb. [08-11038] (POK) |
| 08/05/2009 | ☐ | APPEARANCE FORM FILED by Attorney(s) Rachel Anne Goldbrenner for party(s) Barclays Capital Inc Appellee Barclays Bank PLC, in case 08-11038 [08-11038] (CHS) |
| 08/31/2009 | ☐ | ORAL ARGUMENT HEARD before Judges Jones, Garza, Stewart. Arguing Person Information Updated for: Marianne Marsh Auld arguing for Appellant Lone Star Fund V (US; Arguing Person Information Updated for: Evan A Davis arguing for Appellees Barclays Bank PLC and Barclays Capital Inc; Arguing Person Information Updated for: David E Keltner arguing for Appellant Lone Star Fund V (US [08-11038] (PFT) |
| 08/31/2009 | ☐ 🗒 1 pg, 335.58 KB | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellees Barclays Bank PLC and Barclays Capital Inc [08-11038] (PFT) |

| | | |
|---|---|---|
| 10/16/2009 | ☐ 🗐 <br> 12 pg, 661.46 KB | SUPPLEMENTAL AUTHORITIES (FRAP 28j) FILED by Appellees Barclays Bank PLC and Barclays Capital Inc [08-11038] (MKC) |
| 10/20/2009 | ☐ 🗐 <br> 2 pg, 102.5 KB | RESPONSE/OPPOSITION filed by LSF5 Bond Holding LLC and Lone Star Fund V (US), LP [6391839-1] to the 28j letter filed by Appellees Barclays Bank PLC and Barclays Capital Inc in 08-11038 [6388677-2] Date of Service: 10/20/2009 [08-11038] (SDH) |
| 10/26/2009 | ☐ 🗐 <br> 2 pg, 90.68 KB | REPLY filed by Appellees Barclays Bank PLC and Barclays Capital Inc [6395213-1] to the response/opposition filed by Appellants LSF5 Bond Holding LLC and Lone Star Fund V (US), LP in 08-11038 [6391839-2], to the 28j letter filed by Appellees Barclays Bank PLC and Barclays Capital Inc in 08-11038 [6388677-2]. Date of Service: 10/23/2009 [08-11038] (POK) |

Clear All

◉ **Documents and Docket Summary**
◯ **Documents Only**

☑ **Include page numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/27/2009 15:05:20 | | | |
| **PACER Login:** | qe0002 | **Client Code:** | 61552 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 08-11038 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |