UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., CWABS, INC., CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS1, CWABS ASSET-BACKED CERTIFICATES TRUST 2006-SPS2, ANGELO R. MOZILO, DAVID SAMBOL, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | 09 CIV 4050 (PKC)<br>ECF CASE<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND TO FILE THE THIRD AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend and to File the Third Amended Complaint; the annexed Declaration of David D. Burnett and the exhibits thereto, including the Proposed Third Amended Complaint; matters of which the Court may properly take judicial notice; and all other prior proceedings had heretofore herein, Plaintiffs, by and through their undersigned attorneys, will move before the Honorable P. Kevin Castel, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 12(C), New York, New York 10007, on such date as the Court will determine, for leave, pursuant to Federal Rule of Civil Procedure 15(a)(2), to file a Third Amended Complaint to add additional claims and factual allegations, and for such other and further relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order of October 20, 2009, Defendants may respond to Plaintiffs' Motion by November 10, 2009 and Plaintiffs may reply by November 16, 2009.

DATED: New York, New York
October 30, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Daniel Brockett
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com

Marshall M. Searcy III (admitted pro hac vice)
Scott R. Commerson (admitted pro hac vice)
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
marshallsearcy@quinnemanuel.com
scottcommerson@quinnemanuel.com

*Attorneys for Plaintiffs Footbridge Limited Trust and OHP Opportunity Limited Trust*

TO:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Mitchell A. Lowenthal
Meredith E. Kotler
Victor L. Hou
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
Email: mlowenthal@cgsh.com

*Attorneys for Defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Financial Corp., Countrywide Securities Corp., and CWABS, Inc.*

IRELL & MANELLA LLP
Jacob Kreutzer
Kenneth R. Heitz
Daniel P. Lefler
David Siegel
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199
Email: kheitz@irell.com

*Attorneys for Defendant Angelo R. Mozilo*

COVINGTON & BURLING LLP
C. William Phillips
David Z. Pinsky
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1081
Fax: (212) 841-1010
Email: cphillips@cov.com

*Attorneys for Defendants CWABS Asset Backed Certificates Trust 2006-SPS1 and CWABS Asset Backed Certificates Trust 2006-SPS2*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Michael D. Torpey
Walter F. Brown, Jr.
Penelope A. Graboys
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759
Email: mtorpey@orrick.com

*Attorneys for Defendant David Sambol*

O'MELVENY & MYERS LLP
Bradley J. Butwin
Jonathan Rosenberg
William Sushon
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
Email: bbutwin@omm.com

*Attorneys for Defendants Bank of America Corp., Bank of America Home Loans, and BAC Home Loans Servicing, LP*