UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
FOOTBRIDGE LIMITED TRUST and OHP OPPORTUNITY :
LIMITED TRUST, :
: 
                      Plaintiffs, : 09 CIV 4050 (PKC)
: 
                        v. : **SUPPLEMENTAL**
: **DECLARATION OF**
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE : **VICTOR L. HOU**
HOME LOANS SERVICING LP, COUNTRYWIDE :
FINANCIAL CORP., COUNTRYWIDE SECURITIES :
CORP., CWABS, INC., CWABS ASSET-BACKED :
CERTIFICATES TRUST 2006-SPS1, CWABS ASSET- :
BACKED CERTIFICATES TRUST 2006-SPS2, ANGELO R. :
MOZILO, DAVID SAMBOL, BANK OF AMERICA CORP., :
and BAC HOME LOANS SERVICING, LP, :
: 
                    Defendants. :
: 
------------------------------------------------------------------------X

        Pursuant to 28 U.S.C. § 1746, Victor L. Hou declares as follows:

        1.      I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel to certain of the Defendants. I submit this supplemental declaration in support of the Defendants' Joint Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Second Amended Complaint, dated December 4, 2009 ("Defendants' Reply Memorandum").

        2.      Attached hereto as Exhibit A is a true and correct copy of an email sent by Angelo Mozilo, dated April 13, 2006, which is referenced in Defendants' Reply Memorandum.

Dated: New York, New York
       December 4, 2009

                                                                   Victor L. Hou