USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-19-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

FOOTBRIDGE LIMITED TRUST AND OHP
OPPORUNITY LIMITED TRUST,

                              Plaintiffs,

vs.

COUNTRYWIDE HOME LOANS, INC., et al.,

                              Defendants.

------------------------------------------------------------------- x

Case No. 09-cv-4050 (PKC)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON WRITTEN MOTION**

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Mónica P. Folch, attorney for Defendant Angelo Mozilo and said sponsor attorney's declaration in support thereof;

**IT IS HEREBY ORDERED** that

    Allison L. Libeu
    Irell & Manella LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660-6324
    Tel: (949) 760-0991
    Fax: (949) 760-5200
    alibeu@irell.com

is admitted to practice *pro hac vice* as counsel for Defendant Angelo Mozilo in the above captioned-case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED:

_____
United States District Judge

Dated: 1-19-10